

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 JAN 28 P 4:44
LORETTA G. WHYTE
CLERK

MINUTE ENTRY
MOORE, M.J.
JANUARY 28, 2005

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| VERSUS | NO. **00-362** |
| MATTHEW HORTON | SECTION "C" |

## INITIAL APPEARANCE SUPERVISED RELEASE VIOLATION

APPEARANCES:  X / DEFENDANT WITH/(WITHOUT) COUNSEL _____
              X / ASST. U. S. ATTORNEY  JUAN MASINI
              X / PROBATION OFFICER RODNEY DOUGLAS
              __/ INTERPRETER,_____, SWORN  (TIME: ____.M. TO ____.M.)

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF PETITION/RULE TO REVOKE: READ (SUMMARIZED) WAIVED

__/ DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
X / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
__/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
__/ BOND SET AT _____

X / DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
__/ DEFENDANT RELEASED ON BOND
__/ DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR

X / DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR
   February 7, 2005 at 2:00 p.m.
X / DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR
   January 31, 2005 at 2:00 p.m.
X / RULE TO REVOKE SUPERVISED RELEASE WILL BE SET
   **BEFORE UNITED STATES DISTRICT JUDGE HELEN G. BERRIGAN**

DATE OF ENTRY
JAN 3 1 2005

Fee ____
Process ____
X / Dktd ____
__ CtRmDep ____
__ Doc. No. 14