

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET NO. 00-362** |
| v. | * | SECTION: "C" (3) |
| **MATTHEW HORTON** | * | |
| | * * * | |

### RULE TO REVOKE SUPERVISED RELEASE

**NOW INTO COURT** comes the United States of America, appearing herein through the undersigned Assistant United States Attorney, who respectfully represents the following:

I.

On January 16, 2001, defendant pleaded guilty to violation of Title 18, United States Code, Sections 922 (g)(1) and 924(a)(2) (felon in possession of a firearm) and Title 18, United States Code, Sections 922(k) and 924(a)(1)(B) (possession of a firearm with an obliterated serial number).

II.

On April 11, 2001, **HORTON** was sentenced to twenty-four months of confinement to a three-year term of supervised release, and a $200.00 special assessment fee. Said period of supervised release commenced on
August 6, 2002.

DATE OF ENTRY
FEB - 1 2005

Fee_____
Process____
X Dktd_____
✓ CtRmDep____
Doc. No.____

III.

The defendant, **HORTON**) has violated the conditions and terms of said supervised release as follows:

1. **HORTON** was arrested by the New Orleans Police Department on June 14, 2003, and charged with prohibitive acts Schedule II penalties, traffic law apply to bike and obedience to traffic control and possession of crack. A warrant was issued for **HORTON'S** arrest on August 21, 2003, for failing to appear for his trial at Orleans Parish Criminal District Court for possession of crack. The warrant remains outstanding. The other charges have not been accepted by the Orleans Parish Criminal District Attorney's Office.

2. **HORTON** failed to submit monthly supervision reports for June, July, August, September, October and November, 2003.

3. **HORTON** failed to appear for scheduled office appointments on September 15, 24, 2003 and November 21, 2003.

4. **HORTON** failed to appear for scheduled urinalyses at Methodist Counseling Center on September 26 and October 24, 2003.

5. **HORTON'S** whereabouts were unknown at the time.

**WHEREFORE**, the government prays that the defendant, **HORTON**, be brought before

this Court, and that he be ordered to show cause, why the supervised release granted to him should not be revoked for violation of the terms and conditions of said supervised release.

                          Respectfully submitted,

                          **JIM LETTEN**
                          UNITED STATES ATTORNEY

                          JUAN M. MASINI
                          Assistant United States Attorney
                          Hale Boggs Federal Building
                          500 Poydras Street, Room 210B
                          New Orleans, Louisiana 70130
                          Telephone: (504) 680-3114

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon counsel for defendant, John H. Craft, Esq. by hand delivery on the 28th day of February, 2005.

                          JUAN M. MASINI
                          Assistant United States Attorney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET NO. 00- 362** |
| v. | * | SECTION: "C" (3) |
| **MATTHEW HORTON** | * | |

\* \* \*

### ORDER

Considering the motion of the United States of America and the facts set forth therein,

**IT IS ORDERED** that the defendant, **MATTHEW HORTON**, be brought before this Court, that a copy of this Rule be served upon him, and that he show cause, if any he can, on the 16th day of Feb., 2005, at 9:00 a.m., at the United States District Court, Eastern District of Louisiana, 500 Poydras Room C-552, New Orleans, Louisiana, why the supervised release granted to him on April 11, 2001 should not be revoked.

New Orleans, Louisiana, this 31st day of Jan., 2005.

_____
HONORABLE HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE