

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 FEB 17 PM 3: 49

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 00-362 |
| MATTHEW HORTON | SECTION: "C" |

## JUDGMENT AND COMMITMENT

On this 16TH day of February 2005, the defendant, Matthew Horton, appeared with his counsel, John Craft, for violation of the terms of supervised release which were imposed by this Court on April 11, 2001, for violation of Title 18, United States Code, Section 922(g)(1) - Possession of a Firearm by a Convicted Felon and Title 18, United States Code, Sections 922(k) and 924(a)(1)(B) - Possession of a Firearm with an Obliterated Serial Number. On April 11, 2001, the Court sentenced the defendant to the custody of the Bureau of Prisons for 24 months, to be followed by 3 years of supervised release with standard and special conditions as specified in the judgment and commitment order.

The alleged violations of this supervised release being that the defendant herein: was arrested by the New Orleans Police Department on June 14, 2003 and charged with prohibitive acts - possession of crack and traffic law apply to bike and obedience to traffic

DATE OF ENTRY
FEB 1 8 2005



Fee
Process
X Dktd
CtRmDep
Doc.No.

control; failed to submit monthly supervision reports for June, July, August, September, October and November 2003; failed to appear for scheduled office appointments; failed to appear for scheduled urinalyses; and his whereabouts were unknown until his arrest.

Considering the stipulation of the parties that the defendant has violated the terms of supervised release, the Court finds that the defendant did violate the terms and conditions of his supervised release. Therefore,

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this court that the defendant's term of supervised release imposed on April 11, 2001, is REVOKED, and the defendant is hereby committed to the custody of the Bureau of Prisons for a period of nine (9) months as to Counts 1 and 2, to run concurrently.

New Orleans, Louisiana, this 17th day of February 2005.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE